IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN GALLACHER,<br><br>                Plaintiff,<br><br>    v.<br><br>INCSTORES LLC,<br><br>                Defendant. | Case No. 2:21-cv-01662-NR |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Jordan Gallacher, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Incstores, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

                                                        */s/ Nicholas A. Colella*
                                                        Nicholas A. Colella
                                                        **LYNCH CARPENTER LLP**
                                                        1133 Penn Avenue, 5th Floor
                                                        Pittsburgh, PA 15222
                                                        (412) 322-9243
                                                        (412) 231-0246 (Facsimile)
                                                        NickC@lcllp.com

                                                        R. Bruce Carlson
                                                        Ian M. Brown
                                                        **CARLSON BROWN**
                                                        222 Broad St.
                                                        PO Box 242
                                                        Sewickley, PA 15143
                                                        bcarlson@carlsonbrownlaw.com
                                                        ibrown@carlsonbrownlaw.com
                                                        (724) 730-1753

                                                        *Attorney for Plaintiff*