IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN GALLACHER,<br><br>    Plaintiff,<br><br> v.<br><br>INCSTORES LLC,<br><br>    Defendant. | Case No. 2:21-cv-01662-NR |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Jordan Gallacher hereby voluntarily dismisses with prejudice his claims against Defendant Incstores, LLC.

Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
(412) 231-0246 (Facsimile)
NickC@lcllp.com

*Counsel for Plaintiff*